# United States Court of Appeals

## For the First Circuit

No. 16-1756

CONGREGATION JESHUAT ISRAEL,

Plaintiff, Appellee,

v.

CONGREGATION SHEARITH ISRAEL,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 2, 2017, is amended as follows:

At page 6, line 16, "charging CSI" is changed to "charging CJI".